# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

AARON OLSON,

    Petitioner,

v.

**ORDER ON REPORT AND RECOMMENDATION**
Civil File No. 12-02807 (MJD/AJB)

WASHINGTON COUNTY, THE STATE
OF MINNESOTA, THE DISTRICT
COURT OF WASHINGTON COUNTY,
LORI SWANSON, Attorney General for
the State of Minnesota, Judge JOHN C.
HOFFMAN, Judicial Officer for Washington
County, and UNKNOWN CHIEF
ADMINISTRATOR FOR THE ST. PETER
HOSPITAL IN MINNESOTA,

    Respondents.

_____

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Chief Magistrate Judge Arthur J. Boylan dated January 24, 2013. Petitioner filed an objection to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Chief Magistrate Judge Boylan filed January 24, 2013.

The above-entitled matter is also before the Court upon Petitioner's request for an appointment of an attorney. [Docket No. 13] Because the Court adopts the Magistrate Judge's Report and Recommendation, the Court denies Petitioner's request for an appointment of an attorney as moot.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for writ of habeas corpus, [Doc. No. 9], is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis [Doc. No. 2], is **DENIED**;

3. Petitioner's motion for an appointment of an attorney [Doc. No. 13] is **DENIED** as moot; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 3, 2013         s/Michael J. Davis
                           Michael J. Davis
                           Chief Judge
                           United States District Court